USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Tyrone H. Massey,

                              Plaintiff,         1:18-cv-03994 (ALC)

      -against-                                    **ORDER**

Captain Morgan,

                              Defendant.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's October 21, 2019 letter. (ECF No. 38). Defendants should file a response by January 20, 2020.

**SO ORDERED.**

**Dated:** January 6, 2020

      New York, New York                                 **ANDREW L. CARTER, JR.**
                                                         United States District Judge