```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/26/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TYRONE H. MASSEY,                          :
                                           :
                          Plaintiff,       :
                                           :   1:18-cv-3994 (ALC)
              -against-                    :
                                           :   **ORDER**
CAPTAIN MORGAN,                            :
                                           :
                          Defendant.       :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On April 12, 2019, Judge Parker recommended this action be dismissed without prejudice. (ECF No. 37). The Report and Recommendation advised that Plaintiff would have seventeen days from the date of service to file written objections pursuant to 28 U.S.C. 636(b)(1) and Fed. R. Civ. Pro. 72(b). On October 21, 2019, Plaintiff requested an extension of his deadline. (ECF No. 38). Defendant responded on January 20, 2020. (ECF No. 41).

Plaintiff's request for an extension is GRANTED. Plaintiff should submit objections to Judge Parker's Report and Recommendation by July 27, 2020. Defendant's response is due August 24, 2020. Plaintiff's reply, if any, is due September 14, 2020.

**SO ORDERED.**

**Dated:** June 26, 2020
     New York, New York

                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge