USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE H. MASSEY,<br><br>       Plaintiff,<br><br>-against-<br><br>CAPTAIN MORGAN, *Shield # 279*,<br><br>       Defendant. | 18-CV-3994 (ALC) (KHP)<br><br>**ORDER RESCHEDULING**<br>**TELEPHONE CONFERENCE** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The status conference scheduled for today, September 29, 2020 is hereby adjourned given Defense counsel's ex parte representation to the court regarding an emergency situation at the prison in which Plaintiff is currently incarcerated. That status conference is hereby rescheduled for **Monday, October 26, 2020 at 2:00 p.m.**

      Counsel for Defendant is directed to telephone chambers at Judge Parker's AT&T Conference Line with the Plaintiff on the line, at the time and date of the conference. **Please dial (866) 434-5269, Access Code: 4858267.**

      **The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff at following address:**

Tyrone Massey
**Mid-Hudson Forensic Psychiatric Center**
**2834 Route 17M**
**New Hampton, NY 10958-0158**

**SO ORDERED.**

Dated: New York, New York
       September 29, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge