USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE H. MASSEY,<br><br>                Plaintiff,<br><br>-against-<br><br>CAPTAIN MORGAN, *Shield # 279*,<br><br>                Defendant. | 18-CV-3994 (ALC) (KHP)<br><br>**ORDER RESCHEDULING<br>TELEPHONE CONFERENCE** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Status Conference in this matter is hereby scheduled for **Monday, December 21, 2020 at 1:00 p.m.**

It is hereby **ORDERED** that the Warden or other official in charge of the **Manhattan Detention Complex** produce **Plaintiff Tyrone H. Massey, B&C #95200522/NYSID #01083103M,** on **December 21, 2020, no later than 1:00 p.m.,** to a suitable location within the Manhattan Detention Complex that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Chris Aiello at (212) 805-0234.

Defendant's counsel must: (1) send this Order to the Warden immediately; (2) contact the Manhattan Detention Complex to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) Counsel for Defendant is directed to telephone chambers at Judge Parker's AT&T Conference Line with the Plaintiff on the line, at the time and date of the conference.  **Please dial (866) 434-5269, Access Code:**

4858267.

**The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se**

**Plaintiff at following address:**

Tyrone Massey
B&C # 895200522 / NYSID #01083103M
Manhattan Detention Complex
125 White Street
New York, NY 100013

SO ORDERED.

Dated: New York, New York
         November 19, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge