

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 20, 2021

THE CITY OF NEW YORK

**JAMES E. JOHNSON**
*Corporation Counsel*

LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEFANO PÉREZ**
*Assistant Corporation Counsel*
phone: (212) 356-2381
fax: (212) 356-3509
sperez@law.nyc.gov

January 19, 2021

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007-1312

**MEMO ENDORSED**

          Re:      Tyrone Massey v. Captain Josette Morgan,
                      18-CV-3994 (ALC) (KHP)

Your Honor:

        As the attorney assigned to the defense of this matter, I write to respectfully request a brief two-week extension of time within which defendant may serve its opposition to plaintiff's motion for summary judgment and its anticipated cross-motion for summary judgment from January 22, 2021 to February 5, 2021; and (2) a corresponding extension of the time within which plaintiff is to serve his reply from February 14, 2021 to March 1, 2021.  This application is made without plaintiff's consent, as plaintiff, who appears *pro se*, is incarcerated and thus, cannot be reached expeditiously.  This is defendant's first request for an extension of time to file its opposition and cross-motion.

        As Your Honor knows, plaintiff asserts a claim against defendant for deliberate indifference to plaintiff's serious medical needs.  On December 15, 2020, plaintiff filed a motion for summary judgment consisting of 62 pages.  Due to the holidays, the undersigned's mandatory furlough days, and pre-existing legal commitments in other matters, I will not be able to complete defendant's opposition and cross-motion by the current due date of January 22, 2021.

        Accordingly, defendant respectfully seeks a brief two-week enlargement from January 22, 2021 to February 5, 2021, to file its opposition and cross-motion.

        Thank you for your consideration herein.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 20, 2021

Respectfully submitted,

S/ *Stefano Pérez*
Stefano Pérez
*Assistant Corporation Counsel*
*Special Federal Litigation Division*

**BY FIRST CLASS MAIL**

cc: Tyrone Massey
Book and Case No. 8952000522
Plaintiff *Pro Se*
Manhattan Detention Complex
125 White Street
New York, New York 10013