USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 8, 2021



| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **STEFANO PÉREZ**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2381<br>Fax: (212) 356-3509<br>sperez@law.nyc.gov |

February 5, 2021

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    Re: <u>Tyrone Massey v. Captain Josette Morgan</u>,
          18-CV-3994 (ALC) (KHP)

Your Honor:

    I am the attorney assigned to the defense of this matter.  Defendant respectfully writes to seek permission to file its opposition to plaintiff's motion for summary judgment and its cross-motion for summary judgment under seal and/or in a redacted form.

    Defendant seeks to file certain of plaintiff's medical records.  Defendant also references plaintiff's medical records in its declarations and accompanying memoranda of law. This information should not be publicly disclosed in order to preserve plaintiff's privacy under the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320, *et seq.,* ("HIPAA"). <u>See</u> <u>also</u> <u>Dubose v. Boudreaux</u>, No. 12 Civ. 7633 (KBF), 2014 U.S. Dist. LEXIS 123777, at *2 n.3 (S.D.N.Y. Aug. 20, 2014) ("Defendants appropriately filed plaintiff's medical records under seal").

    The proposed sealed documents will be contemporaneously filed under seal in compliance with the procedures set forth in Your Honor's Individual Rules of Practice for e-filing sealed documents in civil cases.

    Thank you for your consideration herein.

Respectfully submitted,

S/ *Stefano Pérez*
Stefano Pérez
*Assistant Corporation Counsel*
*Special Federal Litigation Division*

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 8, 2021

2

**BY FIRST CLASS MAIL**

cc:    Tyrone Massey
       Book and Case No. 8952000522
       Plaintiff *Pro Se*
       Manhattan Detention Complex
       125 White Street
       New York, New York 10013