UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TYRONE H. MASSEY,

                             Plaintiff,                            **18-CV-3994 (ALC) (KHP)**

           -against-                                        **ORDER**

CAPTAIN MORGAN, *Shield # 279*,

                             Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Defendant is hereby ordered to respond to Plaintiff's motion filed at ECF No. 89, dated February 12, 2021, as well as Plaintiff's letters filed at ECF Nos. 92, 93, and 94 by **Friday, April 23, 2021**. Defendant's filing should respond to the relief requested by Plaintiff in his motion, as well as the assertions made by Plaintiff in his letters, and the implications those assertions have on the case going forward.

      **The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.**

**SO ORDERED.**

DATED:     New York, New York
                April 9, 2021

                                                            */s/ Katharine H. Parker*
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge