UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TYRONE H. MASSEY,

                              Plaintiff,                      18-CV-3994 (ALC) (KHP)

                    -against-                            **ORDER**

CAPTAIN MORGAN, *Shield # 279*,

                              Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        Given the pending summary judgment motion, Plaintiff's new counsel shall notify the court by May 20, 2021 whether Plaintiff wishes to withdraw (without prejudice) the motion for leave to amend the complaint, compel disclosure and request for a temporary restraining order (ECF No. 89). Plaintiff will be permitted, as appropriate, to resubmit an appropriate motion with assistance of counsel after determination of the pending motion for summary judgment.

**SO ORDERED.**

DATED:       New York, New York
                 May 6, 2021

                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge