UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

TYRONE H. MASSEY,

                                   Plaintiff,

                    -against-

CAPTAIN MORGAN, *Shield # 279*,

                                  Defendant.

-------------------------------------------------------------------X

18-CV-3994 (ALC) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff's letter dated May 21, 2021 (ECF No. 108.). Caner Demirayak has filed a notice of appearance on behalf of the Plaintiff. (ECF No. 97.) There is nothing on the docket to suggest that Mr. Demirayak has withdrawn from representation. Thus, there is no reason to appoint counsel at this time. Upon the resolution of the motion for summary judgment that is currently before Judge Andrew L. Carter, Jr., this Court will schedule a conference.

**SO ORDERED.**

DATED:      New York, New York
                 June 3, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge