**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**TYRONE H. MASSEY,**

                Plaintiff,                18 **CIVIL** 3994 (ALC) (KHP)

       -against-                      **JUDGMENT**

**CAPTAIN MORGAN,**

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 31, 2021, Plaintiff's motion for summary judgment is denied, and Defendant's motion for summary judgment is granted. ECF Nos. 67, 76.

**Dated:** New York, New York
          August 31, 2021

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                             **Clerk of Court**
                                     **BY:**
                                                              **Deputy Clerk**